Michael J. DiMattia (MD-0473)
Richard D. Sutton (RDS-1420)
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendant Reed Elsevier, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
EILEEN VENABLE,

             Plaintiff,

vs.

REED ELSEVIER, INC.

             Defendant.
------------------------------------x

Civil Action No. 04-CV-3532(BSJ)

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Reed Elsevier, Inc., (non-governmental party) certifies that Reed Elsevier, Inc. is not publicly held but that it is indirectly owned by RUK Reed Elsevier PLC, a publicly held company.

Dated: October 25, 2004
       New York, New York

                            McGUIREWOODS LLP

                            By: _____
                            Michael J. DiMattia (MD-0473)
                            Richard D. Sutton (RDS-1420)
                            McGuireWoods LLP
                            1345 Avenue of the Americas, 7th Floor
                            New York, New York 10156-0106
                            Counsel for Defendant

\\LAB\524018.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of October, 2004 a copy of the aforegoing Rule 7.1 Disclosure Statement was mailed, by overnight mail, postage prepaid

to:    Eileen Venable
P.O. Box 65523
Washington, DC  20035-5523

_____
Richard D. Sutton

\\LAB\524018.1